UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>FRANCIS JOE RODRIGUEZ,<br><br>　　　　　　Defendant. | No. 1:15-CR-2028-SAB-1<br><br>ORDER GRANTING MOTION TO MODIFY CONDITION OF RELEASE<br><br>☒　　ACTION REQUIRED |

**IT IS HEREBY ORDERED**:

1. Defendant's Motion to Modify Conditions of Release (ECF No. 34) is **GRANTED** to the extent Special Condition Number 18 is modified herein.

2. Defendant's Special Condition Number 18 (ECF No. 18) is modified to remove the home detention requirement and impose a curfew, and read as follows:

**(18)** Defendant shall participate in the following home confinement program(s):

**Electronic Monitoring**: The Defendant shall participate in a program of electronically monitored home confinement. The Defendant shall wear, at all times, an electronic monitoring device under the supervision of U.S. Probation. In the event the Defendant does not respond to electronic monitoring or cannot be found, the U.S. Probation Office shall forthwith notify the United States Marshals' Service, who shall immediately find, arrest and detain the Defendant. The Defendant shall pay all or part of the

ORDER - 1

cost of the program based upon ability to pay as determined by the U.S. Probation Office.

**AND**

**Curfew:** Defendant shall be restricted to his/her residence every day from 10:00 p.m. to 8:00 a.m. or as directed by the Pretrial Services Office.

3. All other conditions shall remain the same.

**IT IS SO ORDERED.** The Clerk of the Court shall enter this Order and provide copies to counsel and U.S. Probation.

DATED July 10, 2015.

s/James P. Hutton<br>JAMES P. HUTTON<br>UNITED STATES MAGISTRATE JUDGE

ORDER - 2