UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 14, 2016

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Rodriguez, Francis Joe | Docket No. | 1:15-cr-02028-SAB-1 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Francis Joe Rodriguez, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James P. Hutton in the Court at Yakima, Washington, on the 1st day of April 2015, under the following condition:

**Condition #6:** Defendant shall report to the United States Probation Office before or immediately after release and shall report as often as they direct, at such times and in such manner as they direct.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant is alleged to be in violation of his conditions of pretrial supervision in the Eastern District of Washington by:

**Violation #3:** Failing to report to the United States Probation office as directed on June 13, 2016.

REQUESTING THE INCORPORATION OF THE ABOVE VIOLATION WITH THE PENDING PETITION

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: June 14, 2016

by s/Linda Leavitt

Linda J. Leavitt
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violations contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

*M. K. Dimke*

Signature of Judicial Officer

6/14/2016

Date