# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 15, 2017

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Rodriguez, Francis Joe | Docket No. | 1:15CR02028-SAB-1 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Francis Joe Rodriguez, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James P. Hutton in the Court at Yakima, Washington, on the 1st day of April 2015, under the following condition:

**Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner. Defendant may not possess or use marijuana, regardless of whether the defendant has been prescribed a medical marijuana card.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant is alleged to be in violation of his conditions of pretrial supervision in the Eastern District of Washington by:

Violation #4: Possessing controlled substance, methamphetamine, on May 15, 2017.

Violation #5: Consuming controlled substance, methamphetamine, on or about May 15, 2017.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATIONS WITH THE PENDING VIOLATIONS PREVIOUSLY SUBMITTED TO THE COURT.

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on: May 15, 2017 |
| by | s/Linda J. Leavitt |
|  | Linda J. Leavitt<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violations contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

*M. K. Dimke*

Signature of Judicial Officer

5/15/2017

Date