PROB 12C
(6/16)

Report Date: May 10, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 10 2018

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Francis Joe Rodriguez          Case Number: 0980 1:15CR02028-SAB-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: November 14, 2017

| | |
|---|---|
| Original Offense: | Original Offense: Conspiracy to Distribute Methamphetamine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) and 21 U.S.C. § 846 |
| Original Sentence: | Prison - 366 days; TSR - 36 days |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Ben Seal |
| | Date Supervision Commenced: March 21, 2018 |
| Defense Attorney: | Alex B. Hernandez, III |
| | Date Supervision Expires: March 20, 2021 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number       Nature of Noncompliance

1              **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

              **Supporting Evidence**: Mr. Rodriguez' conditions were reviewed with him on November 16, 2017, and March 13, 2018.  He signed his conditions acknowledging an understanding of his conditions, which include special condition number 3, as noted above.

              On April 18, 2018, Mr. Rodriguez provided a presumptive positive urinalysis (UA), for the presence of methamphetamine. Mr. Rodriguez denied consuming any controlled substances and the UA was sent to Alere Toxicology Services (Alere) for confirmation testing.  On April 23, 2018, this officer received a positive drug test report for Alere, showing positive results for the presence of methamphetamine.

Prob12C
Re: Rodriguez, Francis Joe
May 10, 2018
Page 2

2  **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Rodriguez' conditions were reviewed with him on November 16, 2017, and March 13, 2018. He signed his conditions acknowledging an understanding of his conditions, which include special condition number 3, as noted above.

On May 7, 2018, Mr. Rodriguez provided a presumptive positive UA for the presence of methamphetamine. Mr. Rodriguez initially denied consuming any controlled substances and the UA was sent to Alere for confirmation testing.

On May 8, 2018, Mr. Rodriguez admitted to this officer that he consumed methamphetamine on May 6, 2018.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 10, 2018

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

5/10/18
Date