PROB 12C
(6/16)

Report Date: July 2, 2018

# United States District Court

**for the**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 02, 2018

SEAN F. McAVOY, CLERK

**Eastern District of Washington**

**Petition for Warrant or Summons for Offender Under Supervision**

| | |
|---|---|
| Name of Offender: Francis Joe Rodriguez | Case Number: 0980 1:15CR02028-SAB-1 |
| Address of Offender: | |
| Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge | |
| Date of Original Sentence: November 14, 2017 | |
| Original Offense: | Conspiracy to Distribute Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)© and 846 |
| Original Sentence: Prison - 366 days; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Ben Seal | Date Supervision Commenced: March 21, 2018 |
| Defense Attorney: Jeremy Sporn | Date Supervision Expires: March 20, 2021 |

**PETITIONING THE COURT**

To issue a summons and to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on May 10, 2018.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition #5**: You must not enter into or remain in any establishment where alcohol is the primary item of sale.  You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance. |
| | **Supporting Evidence**: On May 8, 2018, Mr. Rodriguez signed a waiver of Hearing to Modify Conditions of Supervised Release and agreed that to abide by Special Condition #5, listed above. |
| | On June 28, 2018, Mr. Rodriguez informed this officer he consumed alcohol on or about June 19, 2018.  He explained he provided a urinalysis test at Merit Resources Services (Merit) on June 20, 2018, and the results came back positive for alcohol.  Mr. Rodriguez wanted to inform this officer of the alcohol consumption before Merit contacted this officer. |
| | On June 29, 2018, Mr. Rodriguez signed an admission form acknowledging he consumed alcohol on or about June 19, 2018. |

Prob12C
**Re: Rodriguez, Francis Joe**
**July 2, 2018**
**Page 2**

The U.S. Probation Office respectfully recommends the Court incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on May 10, 2018, and that the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 2, 2018

s/Phil Casey

Phil Casey
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

July 2, 2018
Date