# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Francis Joe Rodriguez | Case Number: 0980 1:15CR02028-SAB-1 |

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: November 14, 2017

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(c) and 846 | |
| Original Sentence: | Prison - 366 days; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Ben Seal | Date Supervision Commenced: March 21, 2018 |
| Defense Attorney: | Jeremy Sporn | Date Supervision Expires: March 20, 2021 |

## PETITIONING THE COURT

To issue a summons and to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on May 10 and July 2, 2018.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition #4**: You must undergo a substance abuse evaluation and if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court.  You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |
| | **Supporting Evidence**: On May 8, 2018, Mr. Rodriguez signed a Waiver of Hearing to Modify Conditions of Supervised Release and agreed to abide by Special Condition #4, listed above. |
| | On July 10, 2018, this officer contacted Merit Resource Services (Merit), to check on the status of Mr. Rodriguez' compliance with substance abuse treatment.  Merit could not confirm or deny if the client was currently in treatment. On July 11, 2018, Mr. Rodriguez informed this officer he revoked his release of information between the United States Probation Office and Merit.  Merit will not communicate with U.S. Probation about his treatment progress and drug testing results.  Due to Mr. Rodriguez revoking his release of information, he is choosing not to comply with special condition #4. |

The U.S. Probation Office respectfully recommends the Court incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on May 10 and July 2, 2018. Mr. Rodriguez is currently scheduled to appear for an initial appearance for supervised release violations on July 18, 2018, in Yakima, Washington.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 12, 2018

s/Phil Casey

Phil Casey
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer
July 13, 2018
Date